UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:06CR134   CDP |
| | ) |
| LAWAN JAMES, | ) |
| DENNIS DINWIDDIE, and | ) |
| MICHAEL MEADOR, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on defendants' motions to sever and for separate trials. The government agrees that severance is appropriate. I previously ruled that the trial of defendant Raul Cruz, Jr. would be severed. All pretrial motions were referred to United States Magistrate Judge David D. Noce under 28 U.S.C. § 636(b). Judge Noce has recommended that the motions be granted, and no party has filed objections. Accordingly,

**IT IS HEREBY ORDERED** that the Reports and Recommendations of the United States Magistrate Judge regarding severance [## 266, 295, 297] are **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendants' motions for severance [## 229, 230, 226] are granted, and each defendant in this case will be tried separately.

**IT IS FURTHER ORDERED** that I will hold a scheduling conference with counsel for these three defendants and counsel for the government on **Thursday, May 1, 2008 at 2:00 p.m. in Courtroom 14 South in the St. Louis Courthouse**. I realize that setting firm trial dates may not yet be possible, but I hope to set tentative dates at the conference. To this end counsel should meet and confer with one another in advance of the conference and should be prepared to discuss potential trial dates, length of trials expected, the order for these trials, and any other matters relevant to scheduling these trials.

As the conference will be limited to scheduling issues, defendants need not be present. Counsel for co-defendant Raul Cruz need not be present, as his trial will be set after the others have been concluded.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of April, 2008.